# Court of Appeals
# of the State of Georgia

ATLANTA,__October 04, 2018_____

*The Court of Appeals hereby passes the following order:*

**A19I0040. THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT v. MARK C. MAJOR et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
18CV1298



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/04/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*